UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLARK HARRIS,

                Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On March 30, 2020, Defendant filed a motion for compassionate release. (Dkt. No. 48) The Government is directed to respond to the motion by **April 2, 2020**.

Dated: New York, New York
       March 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge