**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2020

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: April 6, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Clark Harris*, No. 18 Cr. 364 (PGG)

Dear Judge Gardephe:

With the consent of defendant Clark Harris, the Government respectfully requests an extension until Monday, April 6, 2020, of its deadline to respond to the defendant's motion for early release.

By way of background, on Monday, March 30, 2020, the defendant moved for early release pursuant to 18 U.S.C. § 3582(c)(1)(A). That day, the Court ordered the Government's response by Thursday, April 3, 2020. Because of a miscommunication among lawyers for the Government, the Government requires additional time to receive the internal approvals required to respond to the defendant's motion. We have conferred with defense counsel for Mr. Harris, who consents to the Government's request for an extension until April 6, 2020. The undersigned apologizes for the delay.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493

cc:   Aaron M. Goldsmith, Esq. (by ECF)